F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 3 - 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01674-MSK

CHARLES E. MCCARTER,

      Plaintiff,

v.

JOHN E. POTTER, Post Master General,

      Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

      THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed <u>in forma pauperis</u>. It now is

      ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

      DATED this 1st day of September, 2009.

      **BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01674-MSK-KMT

Charles E. McCarter
4255 Kittredge St., #1713
Denver, CO 80239

John E. Potter, Postmaster General - **CERTIFIED**
U.S. Postal Service
475 L'Enfant Plaza, SW
Washington, D.C. 20260-0010

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the United States Attorney General and to the United States Attorney's Office for process of service on John Potter: AMENDED TITLE VII COMPLAINT FILED 08/14/09, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on  9/3/09  .

                                                    GREGORY C. LANGHAM, CLERK

                                        By:_____
                                                  Deputy Clerk